Appeal No. 76-416. NATHAN LINDENFELD *et al. v.* CELIA TOLMAN. Motion of the defendant to vacate the stay granted by this Court on November 30, 1976 is granted. The stay shall be

vacated as of January 27, 1976, without any further order of the Court. *Schechter, Abrams & Verri, Robert P. Verri,* for plaintiffs. *Thomas W. Pearlman,* for defendant.